AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

ARTURO TORRES OCHOA,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER:  **3:15-cv-00113-MMD-WGC**

ASHBY,

      Defendant.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to pay the $400.00 filing fee in compliance with this Court's February 24, 2015, order (#3).

  March 30, 2015                           **LANCE S. WILSON**
                                                             Clerk

                                                       /s/ D. R. Morgan
                                                         Deputy Clerk